B1 (Official Form 1) (4/13)

# United States Bankruptcy Court
## DISTRICT OF **NEVADA**

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Xtreme Green Products, Inc.,**<br>**a Nevada Corporation** | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| **All Other Names used by the Debtor in the last 8 years**<br>(include married, maiden, and trade names):<br>**NONE** | **All Other Names used by the Joint Debtor in the last 8 years**<br>(include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**<br>(if more than one, state all): **26-2373311** | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. No./Complete EIN**<br>(if more than one, state all): |
| **Street Address of Debtor** (No. & Street, City, and State):<br>**PO Box 36572**<br>**Las Vegas, NV**<br><br>ZIPCODE **89133** | **Street Address of Joint Debtor** (No. & Street, City, and State):<br><br><br>ZIPCODE |
| **County of Residence or of the Principal Place of Business:** **Clark** | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor** (if different from street address):<br>**SAME**<br><br>ZIPCODE | **Mailing Address of Joint Debtor** (if different from street address):<br><br><br>ZIPCODE |
| **Location of Principal Assets of Business Debtor**<br>(if different from street address above): **SAME**<br><br>ZIPCODE | |

| **Type of Debtor** (Form of organization)<br>(Check one box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed**<br>(Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Nature of Debts** (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"     ☒ Debts are primarily business debts.

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). |

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check all applicable boxes:**

☐ A plan is being filed with this petition

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |



B1 (Official Form 1) (4/13)                                                                                FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Xtreme Green Products, Inc., a Nevada Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☒ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____        *08/22/2013*<br> Signature of Attorney for Debtor(s)        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                        FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | Xtreme Green Products, Inc., a Nevada Corporation |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X /s/ Lenard E. Schwartzer
Signature of Attorney for Debtor(s)

Lenard E. Schwartzer, Esq. 0399
Printed Name of Attorney for Debtor(s)

Schwartzer & McPherson Law Firm
Firm Name

2850 South Jones Boulevard
Address

Suite 1

Las Vegas, NV  89146

702-228-7590
Telephone Number

08/22/2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Neil Roth
Printed Name of Authorized Individual

President
Title of Authorized Individual

08/22/2013
Date

### CERTIFICATE OF RESOLUTION

Neil Roth (the "President"), president of Xtreme Green Products, Inc. (the "Corporation"), hereby certifies that at a meeting of the Directors of the Corporation, the meeting having been duly called and held on the 20th day of August, 2013, the following Resolutions were adopted and recorded in the minute book of the Corporation, and they have not been modified or rescinded, and are still in full force and effect:

> "RESOLVED, that in the judgment of the Directors, it is desirable and in the best interests of the Corporation, shareholders and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code"); and it is

> "RESOLVED, that Neil Roth be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case, and in that connection to retain and employ the Schwartzer & McPherson Law Firm to assist in all respects with a view to the successful prosecution of the Chapter 11 case."

IN WITNESS WHEREOF, I have hereunto set my hand on the 20th day of August, 2013.

Signed: _____

Neil Roth
President of the Corporation

Form B1, Exh.A (9/97)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Xtreme Green Products, Inc.,*
    *a Nevada Corporation*

Case No.
Chapter   *11*

_____ / Debtor

## Exhibit "A" to Voluntary Petition

(If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.)

1. If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934,
   the SEC file number is  *000-52502* .

2. The following financial data is the latest available information and refers to the debtor's condition on   *September 30, 2012* .

   a. Total assets      $       *253,584.55*
   b. Total debts (including debts listed in 2.c., below)    $     *5,210,832.28*

   c. Debt securities held by more than 500 holders.

   | Debt Issue | Type | Total $ Amount Outstanding | Approximate Number of Holders |
   |---|---|---|---|
   | | | $ | |
   | | | $ | |
   | | | $ | |
   | | | $ | |
   | | | $ | |

   d. Number of shares of preferred stock     *NONE*     *NONE*
   e. Number of shares of common stock     *48,463,370*     *150*

   Comments, if any:
   *NONE*

3. Brief description of debtor's business:
   *Manufacturing specialty electric vehicles*

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:
   *Sanford Leavitt*
   *Neil Roth*
   *Byron Georgiou Trust*
   *Greg Hoggatt*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Xtreme Green Products, Inc.*
    *a Nevada Corporation*

Case No.

Chapter   11

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Byron Georgiou<br><br>Suite 2240<br>Las Vegas NV  89109 | Phone:<br>Byron Georgiou<br>2747 Paradise Road<br>Suite 2240<br>Las Vegas NV  89109 | Unsecured Convertable Note | | $ 2,286,101.80 |
| 2<br>Robins<br>5713A Spindle Palm Court<br>Delray FL 33484 | Phone:<br>Robins<br>5713A Spindle Palm Court<br>Delray FL 33484 | Loan | | $ 375,000.00 |
| 3<br>Alexander Xtreme Green, LLC<br><br>140 Royal Oaks Blvd.<br>Franklin TN  37068 | Phone:<br>James W. Cameron, III<br>112 Westwood Place, Suite 240<br>Brentwood TN 37027 | Deposit / Lawsuit | | $ 250,000.00 |
| 4<br>Richard Plaster<br>308   N. Royal Ascot Dr.<br>Las Vegas NV 89144 | Phone:<br>Richard Plaster | Unsecured Convertable Note | | $ 250,000.00 |
| 5<br>Brilleman<br><br>9th Floor<br>New York NY  10036 | Phone:<br>Brilleman<br>1140 Avenue of the Americas<br>9th Floor<br>New York NY  10036 | Attorney Fees | | $ 135,000.00 |

B4 (Official Form 4) (12/07)

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Paulson Investments<br>811 S.W. Naito Parkway<br>Suite 2<br>Portland OR 97204 | Phone:<br>Paulson Investments<br>811 S.W. Naito Parkway<br>Suite 2<br>Portland OR 97204 | Unsecured Convertable Note | | $ 125,000.00 |
| 7<br>Shih Chieh Chung<br>No 53 Kuang Fu 1st Street<br>Kaoshing Taiwan 801 | Phone:<br>Shih Chieh Chung<br><br>Taiwan | Trade Creditor | | $ 112,115.97 |
| 8<br>North Community Bank<br>3639 N Broadway<br>Chicago IL 60613 | Phone:<br>North Community Bank | Loan | | $ 107,000.00 |
| 9<br>Northpark, LLC<br>9061 Santa Monica Blvd.<br>West Hollywood CA 90069 | Phone:<br>Northpark, LLC<br>9061 Santa Monica Blvd.<br>Los Angeles CA 90069 | Landlord | | $ 72,804.50 |
| 10<br>Greg Hoggatt<br>362 Gulf Breeze Pkwy #342<br>Gulf Breeze FL 32561 | Phone:<br>Greg Hoggatt | Unsecured Convertable Note | | $ 55,000.00 |
| 11<br>Zhejiang Trail-Blazer<br><br>Economy Dept Zone<br>Wenling City Zhejiang<br>Province  China | Phone:<br>Zhejiang Trail-Blazer<br><br>Wenling Ch China | Trade Creditor | | $ 51,983.31 |
| 12<br>TPH Capital<br>12890 Hilltop Rd<br>Argyle TX 76226 | Phone:<br>TPH Capital<br>12890 Hilltop Rd<br>Argyle TX 76226 | Unsecured Convertable Note | | $ 50,000.00 |

B4 (Official Form 4) (12/07)

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>American Express<br>Box 0001<br>Los Angeles CA 90096 | Phone:<br>American Express | Business Credit Card | | $ 47,325.00 |
| 14<br>Netlex Ventures<br>313 Washington Street, Ste 401<br>Newton MA 02458 | Phone:<br>Netlex Ventures<br>313 Washington Street, Ste 401<br>Newton MA 02458 | Deposit | | $ 30,000.00 |
| 15<br>Harold Gear<br>4 Oceanside Ct<br>St. Augustine FL 32080 | Phone:<br>Harold Gear<br>4 Oceanside Ct<br>St. Augustine FL 32080 | Unsecured Convertable Note | | $ 25,000.00 |
| 16<br>Jack and Sara Zedlitz<br>26265 Pembroke Terrace<br>Oklahoma City OK 73116 | Phone:<br>Jack and Sara Zedlitz<br>26265 Pembroke Terrace<br>Oklahoma City OK 73116 | Unsecured Convertable Note | | $ 25,000.00 |
| 17<br>Dominion Dodge<br>1259 East Main St<br>Salem VA 24153 | Phone:<br>Dominion Dodge<br>1259 East Main St<br>Salem VA 24153 | Trade Creditor | | $ 19,150.00 |
| 18<br>DLS Worldwide<br>P.O. Box 730440<br>Dallas TX 75373-0440 | Phone:<br>DLS Worldwide<br>P.O. Box 730440<br>Dallas TX 75373-0440 | Trade Creditor | | $ 14,467.71 |
| 19<br>William Gay<br>524 Stockton St<br>Jackson FL 32204 | Phone:<br>William Gay<br>524 Stockton St<br>Jackson FL 32204 | Unsecured Convertable Note | | $ 12,500.00 |
| 20<br>John H. Trescott Jr.<br>A Ways Away<br>East Palatka FL 32131 | Phone:<br>John H. Trescott Jr.<br>A Ways Away<br>East Palatka FL FL | Unsecured Convertable Note | | $ 12,500.00 |

Page 3

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Neil Roth*                          , *President*            of the *Corporation*          named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *8/22/2013*          Signature

Name: *Neil Roth*

Title: *President*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re *Xtreme Green Products, Inc.,*
    *a Nevada Corporation*

Case No.
Chapter   *11*

_____ / Debtor

Attorney for Debtor:    *Lenard E. Schwartzer, Esq.*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|----------------------------------------|------------------|-----------------------------------|
|        | *Debtor has no Equity Security Holders* |                  |                                   |
|        |                                        |                  |                                   |
|        |                                        |                  |                                   |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Neil Roth* _____ , *President* _____ of the *corporation* _____ named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *08/22/2013* _____

Signature: _____

Name: *Neil Roth*
Title: *President*

Page *1* of *1*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Xtreme Green Products, Inc., a Nevada Corporation*

Case No.
Chapter   *11*

_____ / Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $            0.00 | | |
| B-Personal Property | Yes | 3 | $      253,584.55 | | |
| C-Property Claimed as Exempt | No | 0 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $      150,000.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $      756,473.39 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | $    4,304,358.89 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | No | 0 | | | $            0.00 |
| J-Current Expenditures of Individual Debtor(s) | No | 0 | | | $            0.00 |
| TOTAL | | 25 | $      253,584.55 | $    5,210,832.28 | |

In re __Xtreme Green Products, Inc._____ ,   Case No._____
                Debtor(s)
                                                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | None |
| | | | | |

No continuation sheets attached                         **TOTAL $**          *0.00*
                                       (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re Xtreme Green Products, Inc. _____,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking #7589<br>Location: In debtor's possession | | $3,584.55 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Page __1__ of __3__

B6B (Official Form 6B) (12/07)

In re *Xtreme Green Products, Inc.*                                    Case No. _____
                        Debtor(s)                                                         (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | | *Equipment* *Location: In debtor's possession* | | $75,000.00 |
| 30. Inventory. | | *Inventory* *Location: In debtor's possession* | | $175,000.00 |

Page ___2___ of ___3___

B6B (Official Form 6B) (12/07)

In re _Xtreme Green Products, Inc._ _____ ,    Case No. _____
                    Debtor(s)                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__                                             **Total ➡** | $253,584.55

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6D (Official Form 6D) (12/07)

In re _Xtreme Green Products, Inc._____,     Case No._____
                        **Debtor(s)**                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>_Creditor # : 1_<br>_Georgiou Family Trust 6/22/09_<br>_2747 Paradise Road, Suite 2204_<br>_Las Vegas NV 89109_ | | 8/20/2013<br><br>_Bank of America Checking_<br>_#7589, Equipment, Inventory_<br><br>Value: **$ 253,584.55** | | | | $ 150,000.00 | $ 0.00 |
| Account No:<br><br><br><br><br> | | <br><br><br>Value: | | | | | |
| No continuation sheets attached | | | | | **Subtotal $**<br>(Total of this page) | $ 150,000.00 | $ 0.00 |
| | | | | | **Total $**<br>(Use only on last page) | $ 150,000.00 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |



B6E (Official Form 6E) (04/13)

In re Xtreme Green Products, Inc. _____,    Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed report. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**　　(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

　　　　　　　　　　　　　　　1　　 **continuation sheets attached**

Official Form 6E (04/13) - Cont.

In re __Xtreme Green Products, Inc._____ ,                    Case No._____
                        **Debtor(s)**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  __Wages, salaries, and commissions__

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1<br>Joseph Worrell<br>223 Breidgewater<br>Advance NC 27006 | | Wages | | | | | $ 7,615.00 | $ 7,615.00 | $ 0.00 |
| Account No:<br>Creditor # : 2<br>Ken Sprenkle<br>11865 Tevare Lane #2081<br>Las Vegas NV 89138 | | Wages | | | | | $ 30,148.00 | $ 11,725.00 | $ 18,423.00 |
| Account No:<br>Creditor # : 3<br>Neil Roth<br>2120 Jadeleaf Court<br>Las Vegas NV 89134 | | Wages | | | | | $353,848.51 | $ 11,725.00 | $342,123.51 |
| Account No:<br>Creditor # : 4<br>Reed Lincoln<br>164 Hovey Road<br>Monson MA 01057 | | Wages | | | | | $ 6,400.00 | $ 6,400.00 | $ 0.00 |
| Account No:<br>Creditor # : 5<br>Sandy Leavitt<br>133 W. Reading Ct<br>Palatine IL 60067 | | Wages | | | | | $358,461.88 | $ 11,725.00 | $346,736.88 |

Sheet No. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 756,473.39 | 49,190.00 | 707,283.39 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 756,473.39 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 49,190.00 | 707,283.39 |



B6F (Official Form 6F) (12/07)

In re _Xtreme Green Products, Inc._ _____,  Case No. _____
         **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 1  1st Priority Services, Inc.  P. O. Box 730440  Dallas TX 75373-0440 | | | Trade Creditor | | | | $ 1,493.70 |
| Account No:  Creditor # : 2  Alexander Xtreme Green, LLC  Dan Hyland  140 Royal Oaks Blvd.  Franklin TN 37068 | | | Deposit / Lawsuit | | | | $ 250,000.00 |
| Account No:  Representing:  Alexander Xtreme Green, LLC | | | James W. Cameron, III  112 Westwood Place, Suite 240  Brentwood TN 37027 | | | | |
| _15_ continuation sheets attached | | | Subtotal $ | | | | $ 251,493.70 |
| | | | Total $ (Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ ,          Case No. _____
                                                                    **Debtor(s)**                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 9,295.00 |
| Creditor # : 3<br>Alexander Xtreme Green, LLC<br>Dan Hyland<br>140 Royal Oaks Blvd.<br>Franklin TN 37068 | | Trade Creditor | | | | |
| Account No: | X | | | | | $ 47,325.00 |
| Creditor # : 4<br>American Express<br>Box 0001<br>Los Angeles CA 90096 | | Business Credit Card | | | | |
| Account No: | | | | | | $ 8,495.00 |
| Creditor # : 5<br>Barry Alexander Automotive, LLC<br>140 Royal Oaks Blvd.<br>Franklin TN 37067 | | Trade Creditor | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 6<br>Board Of Regents Wisconsin<br>1860 Van Hise Hall<br>1220 Linden Drive<br>Madison WI 53706 | | Lawsuit | X | X | X | |
| Account No: | | | | | | |
| Representing:<br><br>Board Of Regents Wisconsin | | F. Mark Bromley<br>17 West Main Street<br>Madison WI 53703 | | | | |

Sheet No. __1__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 65,115.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ _____ ,    Case No. _____
    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 7 Brilleman 1140 Avenue of the Americas 9th Floor New York NY 10036 | | | Attorney Fees | | | | $ 135,000.00 |
| Account No: | | | | | | | |
| Creditor # : 8 Byron Georgiou 2747 Paradise Road Suite 2240 Las Vegas NV 89109 | | | Unsecured Convertable Note includes interest | | | | $ 2,286,101.80 |
| Account No: | | | | | | | |
| Creditor # : 9 Carolina Industrial Equipment Co. P.O. Box 667907 Charlotte NC 28266 | | | Trade Creditor | | | | $ 425.00 |
| Account No: | | | | | | | |
| Creditor # : 10 CASHO PO Box 47 Middletown CT 06457 | | | Trade Creditor | | | | $ 1,200.00 |
| Account No: | | | | | | | |
| Creditor # : 11 Cintas P.O. Box 633842 Cincinnati OH 45263-6525 | | | Trade Creditor | | | | $ 258.31 |

Sheet No. __2__ of __15__ continuation sheets attached to Schedule of     Subtotal $     $ 2,422,985.11
Creditors Holding Unsecured Nonpriority Claims
                                                                                Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)



B6F (Official Form 6F) (12/07)  - Cont.

In re _Xtreme Green Products, Inc._____ ,          Case No. _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 12 City of North Las Vegas Utilities Department PO Box 360118 North Las Vegas NV 89036-0118 | | Utility Bills | | | | $ 2,023.84 |
| Account No: Creditor # : 13 Clark County Pers. Prop. Tax 500 S. Grand Central Pkay 2nd floor Las Vegas NV NV | | Taxes Personal Property Tax | | | | $ 396.51 |
| Account No: Creditor # : 14 Dax Designs 6023 McLeod Ave Las Vegas NV 89120 | | Trade Creditor | | | | $ 400.00 |
| Account No: Creditor # : 15 Deringer P. O. Box 1324 Willison VT 05495 | | Trade Creditor | | | | $ 4,879.48 |
| Account No: Creditor # : 16 DLS Worldwide P.O. Box 730440 Dallas TX 75373-0440 | | Trade Creditor | | | | $ 14,467.71 |

Sheet No. ___3___ of ___15___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                                          Subtotal $        $ 22,167.54
                                                                                          Total $
                        (Use only on last page of the completed Schedule F. Report also on Summary of
                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._____,     Case No. _____
              **Debtor(s)**                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 Dominion Dodge 1259 East Main St Salem VA 24153 | | Trade Creditor | | | | $ 19,150.00 |
| Account No: Representing: Dominion Dodge | | Christopher J. Small 1078 West Fourth STreet Winston Salem NC 27101 | | | | |
| Account No: Creditor # : 18 Elite Power Solutions, LLC 2259 W. ShangriLa Road Phoenix AZ 85029 | | Trade Creditor | | | | $ 2,176.17 |
| Account No: Creditor # : 19 EV Autos Ken See 1921 Bent Brook Dr. Mesquite TX 75181 | | Trade Creditor | | | | $ 340.00 |
| Account No: Creditor # : 20 Evans, Rusty 4492 Baycedar Lane Sarasotoa FL 34241 | | Trade Creditor | | | | $ 9,166.00 |

Sheet No. _4_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     **Subtotal $**       $ 30,832.17

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._____,      Case No._____
                          **Debtor(s)**                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 21 Evergreen Printing Supplies 11301 W. Olympic Blvd Suites 121-840 West Los Angeles CA 90064 | | | Trade Creditor | | | | $ 56.39 |
| **Account No:** Creditor # : 22 Fed Ex P. O. Box 7221 Pasadena CA 91109-7321 | | | Trade Creditor | | | | $ 886.07 |
| **Account No:** Creditor # : 23 Fed Ex Taizhou No. 118 WanChang ZhongLu Wenling, Taizhou Zhejiang Province China | | | Trade Creditor | | | | $ 737.00 |
| **Account No:** Creditor # : 24 Florida Patrol Investigatiors 1770 West 38th Place Hialeah FL 33012 | | | Deposit | | | | $ 4,497.50 |
| **Account No:** Creditor # : 25 Fort Dearborn Enterpises Inc. Mid-South Supply Corp 4115 West St. Charles Rd Bellwood Il 60104 | | | Trade Creditor | | | | $ 2,206.00 |

Sheet No. _5_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 8,382.96 |
|---|---|---|

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ ,               Case No. _____
            **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 26<br>Greg Hoggatt<br>362 Gulf Breeze Pkwy #342<br>Gulf Breeze FL 32561 | | Unsecured Convertable Note | | | | $ 55,000.00 |
| Account No:<br>Creditor # : 27<br>Harold Gear<br>4 Oceanside Ct<br>St. Augustine FL 32080 | | Unsecured Convertable Note | | | | $ 25,000.00 |
| Account No:<br>Creditor # : 28<br>Hooper, Zinn & McNamee<br>109 Westpark Dr. Suite 300<br>Brentwood TN 37027 | | Attorney Fees | | | | $ 562.50 |
| Account No:<br>Creditor # : 29<br>IPC International Corporation<br>c/o Markoff Law LLC<br>29 N. Wacker Drive, #550<br>Chicago IL 60606 | | Lawsuit | X | X | X | Unknown |
| Account No:<br>Creditor # : 30<br>Jack and Sara Zedlitz<br>26265 Pembroke Terrace<br>Oklahoma City OK 73116 | | Unsecured Convertable Note | | | | $ 25,000.00 |

Sheet No. _6_ of _15_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            **Subtotal $**       $ 105,562.50

                                             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ ,                                    Case No. _____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: | | | | | | | $ 12,500.00 |
| Creditor # : 31 John H. Trescott Jr. A Ways Away East Palatka FL 32131 | | | Unsecured Convertable Note | | | | |
| Account No: | | | | | | | $ 7,500.00 |
| Creditor # : 32 Kagy & Giosio 80 West Point Road Moultonboro NH 03254 | | | Consumer Deposit | | | | |
| Account No: | | | | | | | $ 4,650.92 |
| Creditor # : 33 Lincoln, Reed 164 Hovey Road Monson MA 01057 | | | Loan | | | | |
| Account No: | C | | | | | | $ 2,704.83 |
| Creditor # : 34 Livingston International Inc P.O. Box 2168 British Columbia V6B 4R5 | | | Trade Creditor | | | | |
| Account No: | | | | | | | $ 8,372.09 |
| Creditor # : 35 Lund Industries 303 Messner Dr. Wheeling IL 60090 | | | Trade Creditor | | | | |

Sheet No. __7__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 35,727.84

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._____,      Case No. _____
   **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | | | | | $ 448.36 |
| Creditor # : 36 MTF Logistics, Inc P. O. Box 3104 Lisle IL 60532 | | | Trade Creditor | | | | |
| **Account No:** | | | | | | | $ 30,000.00 |
| Creditor # : 37 Netlex Ventures 313 Washington Street, Ste 401 Newton MA 02458 | | | Deposit | | | | |
| **Account No:** | | | | | | | $ 4,285.03 |
| Creditor # : 38 Nevada Dept. of Taxation P. O. Box 52674 Phoenix AZ 85072-2674 | | | Taxes | | | | |
| **Account No:** | | | | | | | $ 710.14 |
| Creditor # : 39 North Carolina Department of Revenue PO Box 25000 Raleigh NC 27640 | | | Taxes | | | | |
| **Account No:** | | | | | | | $ 107,000.00 |
| Creditor # : 40 North Community Bank 3639 N Broadway Chicago IL 60613 | | | Loan | | | | |

Sheet No. __8__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 142,443.53

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._____,    Case No. _____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:**<br>Creditor # : 41<br>Northpark, LLC<br>9061 Santa Monica Blvd.<br>West Hollywood CA 90069 | | Landlord | | | | $ 72,804.50 |
| **Account No:**<br>Representing:<br>Northpark, LLC | | Kent F. Larsen<br>1935 Village Center Circle<br>Las Vegas NV 89134 | | | | |
| **Account No:**<br>Creditor # : 42<br>NV ENERGY<br>P.O. BOX 30086<br>RENO NV 89520-3086 | | Utility Bills | | | | $ 1,581.01 |
| **Account No:**<br>Creditor # : 43<br>Paulson Investments<br>811 S.W. Naito Parkway Suite 2<br>Portland OR 97204 | | Unsecured Convertable Note | | | | $ 125,000.00 |
| **Account No:**<br>Creditor # : 44<br>Pennwell<br>1421 South Sheridan Rd<br>Tulsa OK 74112 | | Trade Creditor | | | | $ 8,915.00 |

Sheet No. ___9___ of ___15___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 208,300.51

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ ,                    Case No. _____
          **Debtor(s)**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 45<br>Proxy & Printing, LLC<br>100 2nd Avenue S.<br>Suite 300N<br>St Petersburg FL 33701 | | | Trade Creditor | | | | $ 4,016.00 |
| Account No:<br>Creditor # : 46<br>Repforce Inc<br>530 Turner Industrial Way<br>Aston PA 19014 | | | Trade Creditor | | | | $ 325.50 |
| Account No:<br>Creditor # : 47<br>Republic Services<br>P. O. Box 78040<br>Phoenix AZ 85062-8040 | | | Utility Bills | | | | $ 349.75 |
| Account No:<br>Creditor # : 48<br>Richard Plaster<br>308   N. Royal Ascot Dr.<br>Las Vegas NV 89144 | | | Unsecured Convertable Note | | | | $ 250,000.00 |
| Account No:<br>Creditor # : 49<br>Robins<br>5713A Spindle Palm Court<br>Delray FL 33484 | | | Loan | | | | $ 375,000.00 |

Sheet No. __10__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 629,691.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ _____,   Case No. _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 50<br>Roth, Claire<br>2120 Jadeleaf Court<br>Las Vegas NV 89134 | | | Loan | | | | $ 661.95 |
| Account No: | | | | | | | |
| Creditor # : 51<br>Roth, Neil<br>2120 Jadeleaf Court<br>Las Vegas NV 89134 | | | Loan | | | | $ 14,520.00 |
| Account No: | | | | | | | |
| Creditor # : 52<br>Sanford Levitt<br>133 W. Reading<br>Palatine IL 60067 | | | Loan | | | | $ 112,000.00 |
| Account No: | | | | | | | |
| Creditor # : 53<br>Shih Chieh Chung<br>No 53 Kuang Fu 1st Street<br>Kaoshing Taiwan 801 | | | Trade Creditor | | | | $ 112,115.97 |
| Account No: | | | | | | | |
| Creditor # : 54<br>Sprint<br>PO Box 8077<br>London KY 40742 | | | Utility Bills | | | | $ 301.09 |

Sheet No. __11__ of __15__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $** | $ 239,599.01
                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ _____ ,   Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | |
| Creditor # : 55 Suzhou Guoxin No. 168 Chang Sheng South Road TaiCang ji Su 215400 | | Trade Creditor | | | | $ 1,885.02 |
| Account No: | | | | | | |
| Creditor # : 56 TPH Capital 12890 Hilltop Rd Argyle TX 76226 | | Unsecured Convertable Note | | | | $ 50,000.00 |
| Account No: | | | | | | |
| Creditor # : 57 True Life Computers, LLC 8879 W. Flamingo Rd. Suite 101 Las Vegas NV 89147 | | Trade Creditor | | | | $ 138.95 |
| Account No: | | | | | | |
| Creditor # : 58 Tyco Integrated Security LLC P.O. Box 371967 Pittsburgh PA 15250-7967 | | Trade Creditor | | | | $ 556.12 |
| Account No: | | | | | | |
| Creditor # : 59 UPS PO Box 894820 Los Angeles CA 90189-4820 | | Trade Creditor | | | | $ 227.69 |

Sheet No. _12_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 52,807.78

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._                                    ,          Case No._____
                              **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| H--Husband W--Wife J--Joint C--Community | | | | | | |
| **Account No:** Creditor # : 60 UPS Freight P.O. Box 730900 Dallas TX 75373-0900 | | Trade Creditor | | | | $ 270.60 |
| **Account No:** Creditor # : 61 UPS SupplyChain P.O. Box 730900 Dallas TX 75373-0900 | | Trade Creditor | | | | $ 1,579.86 |
| **Account No:** Creditor # : 62 UPS Wenling No. 773 Nanping Road Wenling, Taizhou Zhejiang Province China | | Trade Creditor | | | | $ 1,746.00 |
| **Account No:** Creditor # : 63 Vanishing Point Design, LLC 4071 Silvestri Lane Suite 102 Las Vegas NV 89120 | | Trade Creditor | | | | $ 7,334.50 |
| **Account No:** Creditor # : 64 Vegas Telecom 6285 S. Mojave Road Ste. E Las Vegas NV 89120 | C | Trade Creditor | | | | $ 95.00 |

Sheet No. _13_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 11,025.96

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._____,    Case No. _____
             **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: | | | | | | $ 489.75 |
| Creditor # : 65 Virginia Department of Taxation Out of State Dealer's Use Tax PO Box 26627 | | Taxes Out of State Dealer's Use Tax | | | | |
| Account No: | | | | | | $ 12,500.00 |
| Creditor # : 66 William Gay 524 Stockton St Jackson FL 32204 | | Unsecured Convertable Note | | | | |
| Account No: | | | | | | $ 7,162.46 |
| Creditor # : 67 Worldwide Express 300 Great Oaks Blvd. Suite 322 Albany NY 12203 | | Trade Creditor | | | | |
| Account No: | | | | | | $ 5,465.06 |
| Creditor # : 68 Worrell, Joseph 223 Bridgewater Drive Advance N. 27006 | | Trade Creditor | | | | |
| Account No: | | | | | | $ 623.45 |
| Creditor # : 69 XO Communications File 50550 Los Angeles CA 90074-0550 | | Trade Creditor | | | | |

Sheet No. __14__ of ___15___ continuation sheets attached to Schedule of    **Subtotal $**    $ 26,240.72
Creditors Holding Unsecured Nonpriority Claims                                    **Total $**
                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6F (Official Form 6F) (12/07) - Cont.

In re _Xtreme Green Products, Inc._ _____,     Case No. _____
              **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 70 <br> Zhejiang Trail-Blazer <br> No. Shuguang Road <br> Economy Dept Zone <br> Wenling City Zhejiang Province <br> China | | Trade Creditor | | | | $ 51,983.31 |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

Sheet No. _15_ of _15_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | $ 51,983.31 |
| **Total $** | $ 4,304,358.89 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related



B6G (Official Form 6G) (12/07)

In re _Xtreme Green Products, Inc._ _____ / Debtor        Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Island Stock Transfer_<br>_100 Second Ave S. Ste 705S_<br>_Saint Petersburg FL   33701_ | Contract Type: _Service contract_<br>Terms:<br>Beginning date: _2/12/2009_<br>Debtor's Interest:<br>Description: _Transfer Agent Agreement_<br><br>Buyout Option: |

Page __1__ of __1__



B6H (Official Form 6H) (12/07)

In re _Xtreme Green Products, Inc._ _____ / Debtor    Case No. _____
                                                                            (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Neil Roth<br>2120 Jadeleaf Court<br>Las Vegas NV  89134 | American Express<br>Box 0001<br>Los Angeles CA  90096 |

Page __1__ of __1__

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Xtreme Green Products, Inc., a Nevada Corporation_                   Case No. _____
                          Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, _Neil Roth_____, _President_____ of the _Corporation_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _26_ sheets,
and that they are true and correct to the best of my knowledge, information, and belief.

Date: _8/22/2013_____          Signature _____

                                 Name: **Neil Roth**

                                 Title: **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER   (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer:                                      Social security No. :

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (4/13)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re: *Xtreme Green Products, Inc.,*
*a Nevada Corporation*

Case No. _____
(if known)

_____
Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

Year to date:   $40,000         *Gross Receipts*
(2013 YTD)
   Last Year: $679,000
(2012)
Year before: $1,674,205
(2011)

---

**2. Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 - (Official Form 7) (4/13)

## 3. Payments to creditors

None ☒  Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:North Community Bank Address:3639 N Broadway, Chicago IL 60613* | *6/2/2013* | *$17,643.30* | *$107,000.00* |
| *Creditor:Zhejiang Trail-Blazer Address:No Shuguang Road, Economy Dept Zone, Wenling City, Zhejiang Province, China* | *8/21/2013* | *$21,951.00 – deposit for new product* | *50,334.88* |
| *Creditor:Falcon West Insurance Co Address:2525 Camino Del Rio South Suite 100, San Deigo, CA 92108* | *8/21/2013* | *$52,000 – deposit for new policy* | *0.00* |
| *Creditor:Art Robins Address:5713A Spindle Palm Court, Delray FL 33484* | *8/21/2013* | *$7,500.00 – deposit for office* | *0.00* |

None ☒  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Barry Alexander Automotive v. Xtreme Green* | *Civil* | *Chancery Court for Williamson County, Tennessee* | *Default Judgment, pending hearing for award of* |

Statement of Affairs - Page 2



B7 - (Official Form 7) (4/13)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Products, Inc, No. 41453* | | | *damages* |
| *Dominion Car Company v Xtreme Green Products Inc., No. 13CVD4240* | *Civil* | *State of North Carolina, General Court of Justice, District Court Division* | *Open* |
| *Northpark, LLC v. Xtreme Green Products Inc, A-13 -683375-C* | *Breach of Contract* | *District Court, Clark County, Nevada* | *Open, Answer filed* |
| *Board of Regents of the University of Wisconsin System v. Xtreme Green Products, 13CV1940* | *Civil* | *State of Wisconsin, Circuit Court, Dane County* | *Open, complaint filed* |
| *IPC International Corporation v. Xtreme Green Products, No. 13 M1 126832* | *Civil/ Contract* | *Circuit Court of Cook County, Illinois, First Municipal District, Civil Division* | *Complaint filed, not answered* |

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Lenard E. Schwartzer, Esq. Address: 2850 South Jones Boulevard Suite 1 Las Vegas, NV 89146* | *Date of Payment: 8/21/2013 Payor: Xtreme Green Products, Inc.* | *$50,000.00* |

---

**10. Other transfers**

None ☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None  ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None  ☒

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None  ☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor:Xtreme Green Products, Inc.*<br>*Address: 2191 Mendenhall Drive, SUite 101*<br>*N. Las Vegas, NV  89081* | *Name(s):Xtreme Green Products, Inc.* | *10/01/2010 - 03/08/2013* |

---

**16. Spouses and Former Spouses**

None  ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

None  ☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None  ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

Statement of Affairs - Page 5

None ☒   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐   a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| *Xtreme Green Products, Inc.* | *TaxPayer ID: 26-2373311* | *PO Box 36572 Las Vegas, NV 89133-6572* | *Manufacturing Electric Specialty Vehicles* | *5/2007 - present* |

---

None ☒   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

*Name:L.L. Bradford*
*Address: 8880 W. Sunset Road, 3rd Floor*
*Las Vegas, NV 89148*

                                                           *Dates:1/2011 - Present*

| None | b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |
| :--: | :-- |
| ☐ | |

| NAME | ADDRESS | DATES SERVICES RENDERED |
| :-- | :-- | :-- |
| *L.L. Bradford* | *8880 W. Sunset Road, 3rd Floor*<br>*Las Vegas, NV 89148* | *Dates: 1/2011 - Present* |

| None | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |
| :--: | :-- |
| ☐ | |

| NAME | ADDRESS |
| :-- | :-- |
| *Name:L.L. Bradford*<br>*Missing:* | *8880 W. Sunset Road, 3rd Floor*<br>*Las Vegas, NV 89148* |

| None | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case. |
| :--: | :-- |
| ☐ | |

| NAME | ADDRESS | DATES ISSUED |
| :-- | :-- | :-- |
| *All financial statements available publically on www.sec.gov* | | *Dates:* |

## 20. Inventories

| None | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
| :--: | :-- |
| ☐ | |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| :-- | :-- | :-- |
| *Last:1/2012* | *Supervisor:Dustin Lewis* | *Value:$657,457*<br>*Basis:Cost* |
| *Last:1/2011* | *Supervisor:Dustin Lewis* | *Value:$623,054*<br>*Basis:Cost* |

| None | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
| :--: | :-- |
| ☐ | |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| :-- | :-- |
| *Last:1/2012* | *Custodian:Dustin Lewis c/o L.L. Bradford*<br>*Address:8880 W. Sunset Road, 3rd Floor*<br>*Las Vegas, NV 89148* |

Statement of Affairs - Page 7

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Name:Sanford Leavitt<br>Address:133 Reading Court<br>Palatine, IL 60067 | Chairman, CEO,<br>Director | Public Stock, 42% |
| Name:Neil Roth<br>Address:2120 Jadeleaf Court<br>Las Vegas, NV 89134 | Director,<br>President, Chief<br>Operating Officer | Public Stock, 14.5% |
| Name:Byron Georgiou Family Trust<br>Address:2747 Paradise Road Ste<br>2204<br>Las Vegas, NV 89109 | Investor | Public Stock, 6% |
| Name:Greg Hoggatt<br>Address:333 Panteric Dr.<br>Pensacola Beach, FL 32561 | Director | Public Stock, 9.5% |

---

**22. Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Name:Frank Rosenberg<br>Address:545 Fifth Ave., Ste<br>640<br>New York, NY 10017 | Title:Director | 2/13 |

---

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  *08/22/2013*

Signature

*Neil Roth*                                        *President*
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re *Xtreme Green Products, Inc., a Nevada Corporation*                    Case No.
                                                                             Chapter *11*

_____ / Debtor

Attorney for Debtor:  *Lenard E. Schwartzer, Esq.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . $____*50,000.00*____
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $____*50,000.00*____
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $____*0.00*____

3.  $____*1,213.00*____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *08/22/2013*                    Respectfully submitted,

                              X */s/ Lenard E. Schwartzer, Esq.*_____
        Attorney for Petitioner: *Lenard E. Schwartzer, Esq.*
                                 *Schwartzer & McPherson Law Firm*
                                 *2850 South Jones Boulevard*
                                 *Suite 1*
                                 *Las Vegas NV  89146*
                                 *702-228-7590*
                                 *bkfilings@s-mlaw.com*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re *Xtreme Green Products, Inc.,*
    *a Nevada Corporation*

    Case No.
    Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Lenard E. Schwartzer, Esq.*

### <u>VERIFICATION OF CREDITOR MATRIX</u>

       The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *08/22/2013* _____

_____
Debtor

Xtreme Green Products, Inc.
PO Box 36572
Las Vegas, NV  89133

Lenard E. Schwartzer, Esq.
2850 South Jones Boulevard
Suite 1
Las Vegas, NV  89146

1st Priority Services, Inc.
P. O. Box 730440
Dallas, TX  75373-0440

A.G. BOLTON
1113 VIA DELUNA DR
PENSACOLA, FL  32561

AFH HOLDING & ADVISORY
9595 WILSHIRE BLVD
SUITE 700
BEVERLY HILLS, CA  90212

Alexander Xtreme Green, LLC
Dan Hyland
140 Royal Oaks Blvd.
Franklin, TN  37068

ALICE W. THOMPSON
422 MARTIN STREET
JEFFERSON, NC  28640

ALLISON ROBINS
362 GULF BREEZE PKWY #130
GULF BREEZE, FL  32561

American Express

American Express
Box 0001
Los Angeles, CA  90096

ANDREW P. WEHRENBERG
8021 STALLION WAY
SACRAMENTO, CA  95830

ANTHONY FERRANDINO
PO BOX 3104
LISLEY, IL  60532

ARESTIA ROSENBERG
2120 JADELEAF CT
LAS VEGAS, NV  89134

Barry Alexander Automotive, LLC
140 Royal Oaks Blvd.
Franklin, TN  37067

BETSY ROBINS
8749 SAND PINE DR
NAVARRE, FL  32566

Board Of Regents Wisconsin
1860 Van Hise Hall
1220 Linden Drive
Madison, WI  53706

BRIAN HURD
660 WASHINGTON ST#15-H
BOSTON, MA  2111

Brilleman
1140 Avenue of the Americas
9th Floor
New York, NY  10036

Byron Georgiou
2747 Paradise Road
Suite 2240
Las Vegas, NV  89109

Candace Carlyon
701 Bridger, Suite 850
Las Vegas, NV  89101

Carolina Industrial Equipment Co.
P.O. Box 667907
Charlotte, NC  28266

CASHO
PO Box 47
Middletown, CT  06457

CATHERINE PARRILL
9030 W SAHARA #119
LAS VEGAS, NV  89117

CATHY ROBINS
73 HILLTURN LANE
ROSLYN HTS, NY  11577

CECILE W. WORRELL
410 MARTIN STREET
JEFFERSON, NC  28640

CEDE & CO
P O BOX 20
BOWLING GREEN STATION
NEW YORK, NY  10004

CHARLENE MEYER
1113 VIA DELUNA DR
PENSACOLA, FL  32561



CHERYL WILSON
401 E LAS OLAS BLVD 14TH FL
FORT LAUDERDALE, FL  33301

Christopher J. Small
1078 West Fourth STreet
Winston Salem, NC  27101

CHRISTOPHER J. TOENES AND AMY R TOENES
120 WOODMONT DR.
HOMEWOOD, AL  35209

Cintas
P.O. Box 633842
Cincinnati, OH  45263-6525

City of North Las Vegas
Utilities Department
PO Box 360118
North Las Vegas, NV  89036-0118

CLAIRE ROTH
2120 JADELEAF CT
LAS VEGAS, NV  89134

Clark County Pers. Prop. Tax
500 S. Grand Central Pkay
2nd floor
Las Vegas, NV  NV

COLLEEN MALANY BRAID
8617 ECHO GRANDE DRIVE
LAS VEGAS, NV  89131

COLLEEN MALANY BRAID
8617 ECHO GRANDE DR
LAS VEGAS, NV  89132

CORTNEY SCHORR
2777 S. PARADISE RD.
UNIT 802
LAS VEGAS, NV  89109

DAN GELLER
3879 BEECHMONT OVAL
ORANGE VILLAGE, OH  44122

DAN LEAVITT
9 EASTINGS WAY
S. BARRINGTON, IL  60010

DANA A MILLER
8194 TRAPHAGEN ST. NW
MASSILLON, OH  44646

D'ANNE ABRAMS
5659 NW 119 WAY
CORAL SPRINGS, FL  33076

DAVE LAJOIE
2120 JADELEAF CT
LAS VEGAS, NV  89134

DAVID ISSERMAN
7452 CROMWELL DR
CLAYTON, MO  63105

DAVID PARKINSON
11 RIVERSIDE DR UNIT 13NE
NEW YORK, NY  10023

DAVID TAMOWSKI
1347 HUDSON AVE
SALT LAKE CITY, UT  84106

Dax Designs
6023 McLeod Ave
Las Vegas, NV  89120

DENIS E. SPRINGER
1029 RIDGEVIEW DR
INVERNESS, IL  60010

Deringer
P. O. Box 1324
Willison, VT  05495

DERRY DON ALEXANDER
5502 PARKLANE
SAN ANTONIO, TX  78244

DIANE MARSHALL
241 WASHINGTON ST.
GLENVIEW, IL  60025

DLS Worldwide
P.O. Box 730440
Dallas, TX  75373-0440

Dominion Dodge
1259 East Main St
Salem, VA  24153

DONALD D. AND MARGARET L. AS
TTEE OF M.L. VONACHEN
1005 MALDONADO DR
Gulf Breeze, FL  32561

DONALD D. AND MARGARET L. AS TTEE
of Margaret L. Vonachen Trust
1005 MALDONADO DR
PENSACOLA BEACH, FL  32561

EDWARD HEDRICK
2820 DORSET AVE
HENDERSON, NV  89074

EDWARD WEXLER
2685 FOREST WAY
MARIETTA, GA  30066

EDYTHE EDELMEN
363 E. 76TH ST. APT 21F
NEW YORK, NY  10021

Elite Power Solutions, LLC
2259 W. ShangriLa Road
Phoenix, AZ  85029

ELLIS CHERNOFF
5125 VICEROY AVE
NORCO, CA  92860

ENDEAVOUR COOPERATIVE PARTNERS
15500 ROOSEVELT BLVD
SUITE 301
CLEARWATER, FL  33760

ERIC NOVESHEN
401 E LAS OLAS BLVD 14TH FL
FORT LAUDERDALE, FL  33301

ERICA ROBINS
362 GULF BREEZE PKWY #130
GULF BREEZE, FL  32561

ERNEST ARELLANO
814 LACHMORE DR
LONGMONT, CO  80501

ESTELLE HARTMAN
401 E LAS OLAS BLVD 14TH FL
FORT LAUDERDALE, FL  33301

EV Autos
Ken See
1921 Bent Brook Dr.
Mesquite, TX  75181

EVAN ROTH
2120 JADELEAF CT
LAS VEGAS, NV  89134

Evans, Rusty
4492 Baycedar Lane
Sarasotoa, FL  34241

Evergreen Printing Supplies
11301 W. Olympic Blvd
Suites 121-840
West Los Angeles, CA  90064

F. Mark Bromley
17 West Main Street
Madison, WI  53703

Fed Ex
P. O. Box 7221
Pasadena, CA  91109-7321

Fed Ex Taizhou
No. 118 WanChang ZhongLu
Wenling, Taizhou, Zhejiang Province  Chi

Florida Patrol Investigatiors
1770 West 38th Place
Hialeah, FL  33012

Fort Dearborn Enterpises Inc.
Mid-South Supply Corp
4115 West St. Charles Rd
Bellwood, Il  60104

FRANK WILLIAM CAMBRAY
4672 CHIPPEWA DR
OKEMAS, MI  48664

GARY FRIDENBERGS
1801 GEORGE COURT
GLENVIEW, IL  60025

Georgiou Family Trust 6/22/09
2747 Paradise Road, Suite 2204
Las Vegas, NV  89109

GEORGIOU FAMILY TRUST DATED 6/22/2009
2747 PARADISE RD
SUITE 2204
LAS VEGAS, NV  89109

GLENN SIGEL
3460 LAWTON LANE
PEPPER PIKE, OH  44124

GREG DUCKWORTH
612 WEST FLAMING GORGE WAY
GREEN RIVER, WY  82935

Greg Hoggatt
362 Gulf Breeze Pkwy #342
Gulf Breeze, FL  32561

Greg Hoggatt

GREG HOGGATT
1204 PANFERIO DR
PENSACOLA BEACH, FL  32561

GREG SOUTHWICK
PO BOX 571296
SALT LAKE CITY, UT  84157

```
HANSFORD ROWE FAMILY TRUST
19592 MALLOW COURT
NEWHALL, CA  91321-5113

HAROLD E. GEAR
4 OCEANSIDE CT.
ST. AUGUSTINE, FL  32080

Harold Gear
4 Oceanside Ct
St. Augustine, FL  32080

HELEN HOGGATT
110 BALL COURT
SALEM, IN  47167

HENRY IAN ROBINS
7609 FLEMINGTON WAY
MADISON, WI  53717

HENRY R. DEGRANN
13821 DANIELSON ST.
POWAY, CA  92064

Hooper, Zinn & McNamee
109 Westpark Dr. Suite 300
Brentwood, TN  37027

HOWARD GELLER
757 POPULAR AVE
BOULDER, CO  80304

IPC International Corporation
c/o Markoff Law LLC
29 N. Wacker Drive, #550
Chicago, IL  60606

IRA PLATTNER
1602 ALTON ROAD #91
MIAMI BEACH, FL  33139

Island Stock Transfer
100 Second Ave S. Ste 705S
Saint Petersburg, FL  33701

J. BRIAN HURD
18 ENSENADA MARBELLA
PENSACOLA BEACH, FL  32561

J. BRIAN HURD
18 ENSENADA MARBELLA
PENSACOLA, FL  32561

Jack and Sara Zedlitz
26265 Pembroke Terrace
Oklahoma City, OK  73116
```



JACK AND SARA ZEDLITZ
Living Trust dated 2/05/2007
2625 PEMBROKE TERRACE
OKLAHOMA CITY, OK  73116

JACK SALAMONE
1605 S. ROUTT WAY
LAKEWOOD, CO  80232

JAMES & SUZANNE MANGANELLO
8460 LITTLE ROCK WAY #101
LITTLETON, CO  80126

JAMES ABLE
2371 DEER HAVEN DR
CINCINNATI, OH  45244

JAMES F RENFROE SR.
604 SILVERTHORN RD
GULF BREEZE, FL  32561

JAMES FLOWERS
1019 KNOB HILL DR.
HILLSBOROUGH, NC  27278

JAMES T TARBELL
1565 CINNAMON DRIVE
LARKSPUR, CO  80118

James W. Cameron, III
112 Westwood Place, Suite 240
Brentwood, TN  37027

JAY SCHERER
315 NORTH BRANCH RD
GLENVIEW, IL  60025

JAY SCHERER
315 N BRANCH RD
GLENVIEW, IL  60025

JEANETTE SKALLA
1801 GEORGE COURT
GLENVIEW, IL  60025

JEFF PICKUS
3300 SKOKIE VALLEY RD #300
HIGHLAND PARK, IL  60035

JIM WINEBERG
3550 HUGHES DRIVE
MEAD, CO  80542

JIMMY D. THOMPSON SR
422 MARTIN STREET
JEFFERSON, NC  28640

JOE GERMAIN
8216 DESERT BEACH DR
LAS VEGAS, NV  89128

JOEL PICKUS
3300 SKOKIE VALLEY RD #300
HIGHLAND PARK, IL   60035

JOHN H. TRESCOT JR.
A WAYS AWAY
EAST PALATKA, FL  32131-4338

John H. Trescott Jr.
A Ways Away
East Palatka, FL  32131

John H. Trescott Jr.
A Ways Away
East Palatka, FL   FL

JOHN HAREMZA
P.O. BOX 10548
FARGO, ND  58106

JONATHAN SCHWARTZ & GAIL SCHWARTZ
9710 SCRANTON ROAD
 SUITE 200
SAN DIEGO, CA  92121

JOSEPH M. LUCAS II
11211 S MILITARY TRAIL # 5021
BOYNTON BEACH, FL   33436

JOSEPH N. WORRELL
223 BRIDGEWATER DRIVE
ADVANCE, NC  27006

Joseph Worrell
223 Breidgewater
Advance, NC  27006

JOY LOMBARDI
8194 TRAPHAGEN ST. NW
MASSILLON, OH  44646

JULIE MARSHON
4140 17TH ST
BOULDER CITY, CO  80304

JUSTIN TOENES
8137 MOBILE HWY
PENSACOLA, FL  32526

Kagy & Giosio
80 West Point  Road
Moultonboro, NH  03254

KEITH C. CRALEY
430 INVERARAY RD
VILLANOVIA, PA  19085

KELLY DOWD
1805 GEORGE COURT
GLENVIEW, IL  60025

Ken Sprenkle
11865 Tevare Lane #2081
Las Vegas, NV  89138

KENNETH C. SPRENKLE
11856 TEVARE LANE
# 2081
LAS VEGAS, NV  89138

Kent F. Larsen
1935 Village Center Circle
Las Vegas, NV  89134

KIM HAUSER
9 EASTINGS WAY
S. BARRINGTON, IL  60010

LARSEE CUNNINGHAM
310 HARMONY COURT
SAN ANTONIO, TX  78217

LEGRAND L. MALANY
600 S. ROSEHILL
SPRINGFIELD, IL  62704

Lincoln, Reed
164 Hovey Road
Monson, MA  01057

LINDA DOWD
1805 GEORGE COURT
GLENVIEW, IL  60025

LINDA L. FOGLESON
9454 GRIST MILL DR.
NORTH RIDGEVILLE, OH  44039

LINDSEY MEEKS
200 PENSACOLA BEACH RD
GULF BREEZE, FL  32561

LISA KAISER
2687 SURREY DR
PALM HARBOR, FL  34684

Livingston International Inc
P.O. Box 2168
British Columbia V6B 4R5



```
LOLA GREENE
160 WEST END AVE
NEW YORK, NY  10023


Lund Industries
303 Messner Dr.
Wheeling, IL  60090


MARC D SCHORR C/F
MIA FAWN SCHORR UTMA NV
PO BOX15107
Las Vegas, NV  89114


MARC D SCHORR C/F
DAX M SCHORR UTMA NV
PO BOX 15107
LAS VEGAS, NV  89114


MARGARET MALANY
2222 BENSLEY ST
HENDERSON, NV  89044


MARIANNE B WEHRENBERG FAMILY TRUST
53 FROST AVE EAST
BRUNSWICK, NJ  8816


MARILYN HOGGATT
1204 PANFERIO DRIVE
PENSACOLA BEACH, FL  32561


MARK AND LAURIE SEIGH
1 PORTOFINO DR
SUITE T2
PENSACOLA BEACH, FL  32561


MARK PEYTON
1000 19TH STREET
GOLDEN, CO  80401


MARSHA COHEN
10 EAST END AVE APT 3D
NEW YORK, NY  10075


MARY PAT SCHERER
315 NORTH BRANCH RD
GLENVIEW, IL  60025


MATILDA ROBINS
5713A SPINDLE PALM CT
DELRAY BEACH, FL  33484


MELISSA MAROULIS
245 JOHNSON ST
PALATINE, IL  60067
```

MICHAEL FERRANDINO
2300 ESTATES AVE
 UNIT D
ELK GROVE VILLAGE, IL  60007

MICHAEL O'DONOVAN
1249 TALL PINE CIRCLE
PENSACOLA, FL  32561

MICHELLE MAROULIS
245 JOHNSON ST
PALATINE, IL  60067

MILLENNIUM TRUST CO
CUST. P. EDELEN - ROTH IRA
820 JORIES BLVD, STE 420
Oak Brook, IL  60523

MILLENNIUM TRUST CO
820 JORIE BLVD
 SUITE 240
OAK BROOK, FL  60523

MILLENNIUM TRUST CO
Cust. May L. Stinson IRA
820 JORIE BLVD. SUITE 420
OAK BROOK, IL  60523

MILLENNIUM TRUST CO
Thomas McCluhan IRA
820 JORIE BLVD, SUITE 420
OAK BROOK, IL  60523

MTF Logistics, Inc
P. O. Box 3104
Lisle, IL  60532

NATHAN ROSENBERG JR.
9225 W. CHARLESTON #1028
LAS VEGAS, NV  89117

Neil Roth
2120 Jadeleaf Court
Las Vegas, NV  89134

NEIL S. ROTH
2120 JADELEAF CT
LAS VEGAS, NV  89134

Netlex Ventures
313 Washington Street, Ste 401
Newton, MA  02458

Nevada Dept. of Taxation
P. O. Box 52674
Phoenix, AZ  85072-2674

```
North Carolina Department of Revenue
PO Box 25000
Raleigh, NC  27640

North Community Bank

North Community Bank
3639 N Broadway
Chicago, IL  60613

Northpark, LLC
9061 Santa Monica Blvd.
Los Angeles, CA  90069

Northpark, LLC
9061 Santa Monica Blvd.
West Hollywood, CA  90069

NV ENERGY
P.O. BOX 30086
RENO, NV  89520-3086

PATRICK MCCOY
15 ARBORETUM DR
N. BARRINGTON, IL   60010

PAULINE HOLLOWAY
520 BRIARWOOD DRIVE
VINTON, VA  24179

PAULSON INVESTMENT COMPANY
811 SW NAITO PARKWAY
SUITE 200
PORTLAND, OR  97201

Paulson Investments
811 S.W. Naito Parkway Suite 2
Portland, OR  97204

PCP OPERATING
10777 W. TWAIN AVE. SUITE 115
LAS VEGAS, NV  89135

Pennwell
1421 South Sheridan Rd
Tulsa, OK  74112

PENSON FINANCIAL SERVICES
1700 PACIFIC AVE STE 1400
DALLAS, TX  75201-4607

PHILIP C. VAN ALSTYNE
2904 WHALERS COVE CIRCLE
LAS VEGAS, NV  89117
```

```
Proxy & Printing, LLC
100 2nd Avenue S.
Suite 300N
St Petersburg, FL   33701

RAY KAISER
2687 SURREY DR
PALM HARBOR, FL  34684

RAY KAUFFMAN
1931 KING JAMES PKWY
UNIT #404
WESTLAKE, OH  44145

RAYMOND JAMES FBO James Johnson IRA
880 CARILLON PARKWAY
PO BOX 12749
ST. PETERSBURG, FL  33733

RAYMOND JAMES FBO PAULA QUAYLE JOHNSON I
880 CARILLON PARKWAY
Saint Petersburg, FL  33733

REA M. MELANSON
6241 PRIDE LANE
LAS VEGAS, NV  89103

Reed Lincoln
164 Hovey Road
Monson, MA  01057

REED LINCOLN
164 HOVEY RD
Monson, MA  01057

Repforce Inc
530 Turner Industrial Way
Aston, PA  19014

Republic Services
P. O. Box 78040
Phoenix, AZ  85062-8040

RICHARD GARDNER
1936 ALPINE ST
LONGMONT, CO  80501-9532

Richard Plaster

Richard Plaster
308   N. Royal Ascot Dr.
Las Vegas, NV  89144

RICHARD THOMPSON
800 SUPERIOR DR
NORTHFIELD, MN  55057
```

RIK DEITSCH
7915 NW 111TH WAY
PARKLAND, FL  33076

ROBERT BRIDEL
2805 RED SPRINGS DR
LAS VEGAS, NV  89135

ROBERT J. & PATRICIA NATHANSON HUGHES
226 OCEAN VIEW AVE
DEL MAR, CA  92014

ROBERT M. BROWN
275 LANDINGS BLVD.
WESTON, FL  33327

ROBERT WILLIAMS
8749 SAND PINE DR
NAVARRE, FL  32566

Robins
5713A Spindle Palm Court
Delray, FL  33484

RON POLLACK
5 DORCHESTER RD
SMITHTOWN, NY  11787

Roth, Claire
2120 Jadeleaf Court
Las Vegas, NV  89134

Roth, Neil
2120 Jadeleaf Court
Las Vegas, NV  89134

ROY H. MESSMORE
8180 S. VALDAI COURT
AURORA, CO  80016

RUSSELL E. HAGBERG
10 SPRING CREEK DRIVE
SOUTH BARRINGTON, IL  60010

Sandy Leavitt
133 W. Reading Ct
Palatine, IL  60067

SANFORD LEAVITT
BOX 696
ELK GROVE, IL  60009

Sanford Levitt
133 W. Reading
Palatine, IL  60067

Securities and Exchange Commission
100 F Street, NE
Washington, DC  20549

Securities and Exchange Commission
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th
Los Angeles, CA  90036

Shih Chieh Chung
Taiwan

Shih Chieh Chung
No 53 Kuang Fu 1st Street
Kaoshing, Taiwan  801

SHIRLEE ROTH
7240 HUNTINGTON LANE #802
DELRAY BEACH, FL  33446

Sprint
PO Box 8077
London, KY  40742

STEPHAN F X ZIEMAN
315 N SUNSET BLVD
GULF BREEZE, FL  32561

STONE LLC
801 S. RANCHO DRIVE
 SUITE E4
LAS VEGAS, NV  89106

SUE LEAVITT-PARKINSON
11 RIVERSIDE DR UNIT 13NE
NEW YORK, NY  10023

SUSAN P. BLANSETT
1000 19TH STREET
GOLDEN, CO  80401

Suzhou Guoxin
No. 168 Chang Sheng South Road
TaiCang, ji  Su 215400

THAYER ROSENBERG
2120 JADELEAF CT
LAS VEGAS, NV  89134

THE GEORGIOU FAMILY TRUST
2857 PARADISE RD. UNIT 3502
LAS VEGAS, NV  89109

THOMAS AND CAROL QUINN
4114 TANBARK DR
MARIETTA, GA  30066

```
THOMAS QUINN
41147 TANBARK DR
MARIETTA, GA  30066

TPH Capital
12890 Hilltop Rd
Argyle, TX  76226

TROY HOGGATT
1013 E. HACKBERRY ST.
SALEM, IN  47167

True Life Computers, LLC
8879 W. Flamingo Rd.
Suite 101
Las Vegas, NV  89147

Tyco Integrated Security LLC
P.O. Box 371967
Pittsburgh, PA  15250-7967

UPS
PO Box 894820
Los Angeles, CA  90189-4820

UPS Freight
P.O. Box 730900
Dallas, TX  75373-0900

UPS SupplyChain
P.O. Box 730900
Dallas, TX  75373-0900

UPS Wenling
No. 773 Nanping Road
Wenling, Taizhou, Zhejiang Province  Chi

Vanishing Point Design, LLC
4071 Silvestri Lane
Suite 102
Las Vegas, NV  89120

Vegas Telecom
6285 S. Mojave Road
Ste. E
Las Vegas, NV  89120

Virginia Department of Taxation
Out of State Dealer's Use Tax
PO Box 26627

WAYNE AND JOY WITTKE
4139 BRASHER DR
MARIETTA, GA  30066

WILL HERRINGTON
8194 TRAPHAGEN ST. NW
MASSILLON, OH  44646
```

William Gay
524 Stockton St
Jackson, FL  32204

WILLIAM W. GAY
524 STOCKTON STREET
JACKSONVILLE, FL  32204

WILMA MPELLO
1056 W. CARROLTON AVE APT D
NEW ORLEANS, LA  70119

Worldwide Express
300 Great Oaks Blvd.
Suite 322
Albany, NY  12203

Worrell, Joseph
223 Bridgewater Drive
Advance, N.  27006

XO Communications
File 50550
Los Angeles, CA  90074-0550

Zhejiang Trail-Blazer
No. Shuguang Road
Economy Dept Zone
Wenling City, Zhejiang Province   China

Zhejiang Trail-Blazer
Wenling, Ch  China

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re *Xtreme Green Products, Inc.,*          Case No.
                                              Chapter 11
                              *Debtor.*

## VERIFICATION OF SHAREHOLDER MATRIX

The above named Debtor(s) hereby verify that the attached list of shareholders is true and correct to the best of our knowledge.

Date:  08/22/2013

_____
Neil Roth, President

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER                    Page      1
                        Effective: 08/19/2013
```

```
    *   Selection by Share Range:
            Holders who own at least 1.0000 shares are included.

    *   Suppressed holders ARE included

    *   TaxPayer ID Numbers are suppressed

    *   Sort Criteria:
            ALPHABETIC
```

```
            Report Run On 8/19/2013 At 2:27pm By IOULIA HESS
```

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER              Page    2
                        Effective: 08/19/2013
================================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.            XTREGREEN    98416Q104

   ACCOUNT/TIN          NAME & ADDRESS                      SHARES HELD
================================================================================
   35                   JAMES ABLE                              25,000
                        2371 DEER HAVEN DR                       0.052%
                        CINCINNATI OH 45244


   13                   D'ANNE ABRAMS                           20,000
                        5659 NW 119 WAY                          0.041%
                        CORAL SPRINGS FL 33076


   185                  AFH HOLDING & ADVISORY, LLC           1,000,000
                        9595 WILSHIRE BLVD                       2.063%
                        SUITE 700
                        BEVERLY HILLS CA 90212


   17                   DERRY DON ALEXANDER                     12,500
                        5502 PARKLANE                            0.026%
                        SAN ANTONIO TX 78244


   65                   PHILIP C. VAN ALSTYNE                   50,000
                        2904 WHALERS COVE CIRCLE                 0.103%
                        LAS VEGAS NV 89117


   99                   ERNEST ARELLANO                         99,900
                        814 LACHMORE DR                          0.206%
                        LONGMONT CO 80501


   109                  SUSAN P. BLANSETT                        5,000
                        1000 19TH STREET                         0.010%
                        GOLDEN CO 80401


   103                  A.G. BOLTON                             10,000
                        1113 VIA DELUNA DR                       0.021%
                        PENSACOLA FL 32561


   9                    COLLEEN MALANY BRAID                    10,000
                        8617 ECHO GRANDE DR                      0.021%
                        LAS VEGAS NV 89132


   68                   ROBERT BRIDEL                          100,000
                        2805 RED SPRINGS DR                      0.206%
                        LAS VEGAS NV 89135


   70                   ROBERT M. BROWN                        100,000
                        275 LANDINGS BLVD.                       0.206%
                        WESTON FL 33327
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS



```
                         LIST OF SHAREHOLDERS
                         ISLAND STOCK TRANSFER              Page    3
                         Effective: 08/19/2013
================================================================================
     ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN    98416Q104

    ACCOUNT/TIN          NAME & ADDRESS                        SHARES HELD
================================================================================
27                    FRANK WILLIAM CAMBRAY                        5,000
                      4672 CHIPPEWA DR                             0.010%
                      OKEMAS MI 48664


177                   CEDE & CO                               1,064,771
                      P O BOX 20                                   2.197%
                      BOWLING GREEN STATION
                      NEW YORK NY 10004


138                   ELLIS CHERNOFF                             15,000
                      5125 VICEROY AVE                            0.031%
                      NORCO CA 92860


127                   MARSHA COHEN                               10,000
                      10 EAST END AVE APT 3D                      0.021%
                      NEW YORK NY 10075


181                   COLLEEN MALANY BRAID                       10,000
                      8617 ECHO GRANDE DRIVE                      0.021%
                      LAS VEGAS NV 89131


164                   KEITH C. CRALEY                            20,000
                      430 INVERARAY RD                            0.041%
                      VILLANOVIA PA 19085


49                    LARSEE CUNNINGHAM                          12,500
                      310 HARMONY COURT                           0.026%
                      SAN ANTONIO TX 78217


118                   DONALD D. AND MARGARET L. AS                5,000
                      TRUSTEES OF THE REVOCABLE LIVING            0.010%
                      TRUST OF MARGARET L. VONACHEN
                      DATED MARCH 29, 2000
                      1005 MALDONADO DR
                      PENSACOLA BEACH FL 32561


119                   DONALD D. AND MARGARET L. AS               15,000
                      TRUSTEES OF THE REVOCABLE LIVING            0.031%
                      TRUST OF DONALD D. VONACHEN
                      DATED MARCH 29,2000
                      1005 MALDONADO DR
                      PENSACOLA BEACH FL 32561


126                   HENRY R. DEGRANN                           20,000
                      13821 DANIELSON ST.                         0.041%
                      POWAY CA 92064



              Report Run On 8/19/2013 At 2:27pm By IOULIA HESS
```

```
                           LIST OF SHAREHOLDERS
                          ISLAND STOCK TRANSFER              Page    4
                          Effective: 08/19/2013
```

======================================================================
    ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN    98416Q104

ACCOUNT/TIN        NAME & ADDRESS                        SHARES HELD
======================================================================

| ACCOUNT/TIN | NAME & ADDRESS | SHARES HELD |
|---|---|---|
| 67 | RIK DEITSCH<br>7915 NW 111TH WAY<br>PARKLAND FL 33076 | 1,020,000<br>2.105% |
| 47 | KELLY DOWD<br>1805 GEORGE COURT<br>GLENVIEW IL 60025 | 5,000<br>0.010% |
| 50 | LINDA DOWD<br>1805 GEORGE COURT<br>GLENVIEW IL 60025 | 50,000<br>0.103% |
| 30 | GREG DUCKWORTH<br>612 WEST FLAMING GORGE WAY<br>GREEN RIVER WY 82935 | 60,000<br>0.124% |
| 22 | EDYTHE EDELMEN<br>363 E. 76TH ST. APT 21F<br>NEW YORK NY 10021 | 20,000<br>0.041% |
| 170 | ENDEAVOUR COOPERATIVE PARTNERS, LLC<br>15500 ROOSEVELT BLVD<br>SUITE 301<br>CLEARWATER FL 33760 | 20,000<br>0.041% |
| 169 | ANTHONY FERRANDINO<br>PO BOX 3104<br>LISLEY IL 60532 | 20,000<br>0.041% |
| 168 | MICHAEL FERRANDINO<br>2300 ESTATES AVE, UNIT D<br>ELK GROVE VILLAGE IL 60007 | 20,000<br>0.041% |
| 125 | JAMES FLOWERS<br>1019 KNOB HILL DR.<br>HILLSBOROUGH NC 27278 | 15,000<br>0.031% |
| 152 | LINDA L. FOGLESON<br>9454 GRIST MILL DR.<br>NORTH RIDGEVILLE OH 44039 | 10,000<br>0.021% |
| 28 | GARY FRIDENBERGS<br>1801 GEORGE COURT<br>GLENVIEW IL 60025 | 2,500<br>0.005% |

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                    LIST OF SHAREHOLDERS
                   ISLAND STOCK TRANSFER              Page    5
                   Effective: 08/19/2013
===============================================================================
    ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN    98416Q104

    ACCOUNT/TIN         NAME & ADDRESS                      SHARES HELD
===============================================================================
94              RICHARD GARDNER                             13,300
                1936 ALPINE ST                               0.027%
                LONGMONT CO 80501-9532


174             WILLIAM W. GAY                              12,500
                524 STOCKTON STREET                          0.026%
                JACKSONVILLE FL 32204


176             HAROLD E. GEAR                              25,000
                4 OCEANSIDE CT.                              0.052%
                ST. AUGUSTINE FL 32080


83              DAN GELLER                                  90,000
                3879 BEECHMONT OVAL                          0.186%
                ORANGE VILLAGE OH 44122


55              HOWARD GELLER                               30,000
                757 POPULAR AVE                              0.062%
                BOULDER CO 80304


180             GEORGIOU FAMILY TRUST                      500,000
                DATED 6/22/2009                              1.032%
                BYRON GEORGIOU, AS TRUSTEE
                2747 PARADISE RD
                SUITE 2204
                LAS VEGAS NV 89109


40              JOE GERMAIN                                 10,000
                8216 DESERT BEACH DR                         0.021%
                LAS VEGAS NV 89128


53              LOLA GREENE                                 40,000
                160 WEST END AVE                             0.083%
                NEW YORK NY 10023


146             RUSSELL E. HAGBERG                         100,000
                10 SPRING CREEK DRIVE                        0.206%
                SOUTH BARRINGTON IL 60010


88              HANSFORD ROWE FAMILY TRUST                  50,000
                HANSFORD ROWE TRUSTEE                        0.103%
                19592 MALLOW COURT
                NEWHALL CA 91321-5113




                Report Run On 8/19/2013 At 2:27pm By IOULIA HESS
```

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER          Page    6
                        Effective: 08/19/2013
===============================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.            XTREGREEN    98416Q104

   ACCOUNT/TIN          NAME & ADDRESS                      SHARES HELD
===============================================================================
   43              JOHN HAREMZA                                50,000
                   P.O. BOX 10548                               0.103%
                   FARGO ND 58106


   25              ESTELLE HARTMAN                             20,000
                   401 E LAS OLAS BLVD 14TH FL                  0.041%
                   FORT LAUDERDALE FL 33301


   48              KIM HAUSER                                 250,000
                   9 EASTINGS WAY                               0.516%
                   S. BARRINGTON IL 60010


   20              EDWARD HEDRICK                              55,000
                   2820 DORSET AVE                              0.113%
                   HENDERSON NV 89074


   78              WILL HERRINGTON                              3,300
                   8194 TRAPHAGEN ST. NW                        0.007%
                   MASSILLON OH 44646


   31              GREG HOGGATT                             4,569,400
                   1204 PANFERIO DR                             9.429%
                   PENSACOLA BEACH FL 32561


   32              HELEN HOGGATT                              400,000
                   110 BALL COURT                               0.825%
                   SALEM IN 47167


   56              MARILYN HOGGATT                             20,000
                   1204 PANFERIO DRIVE                          0.041%
                   PENSACOLA BEACH FL 32561


   77              TROY HOGGATT                               100,000
                   1013 E. HACKBERRY ST.                        0.206%
                   SALEM IN 47167


   64              PAULINE HOLLOWAY                             5,000
                   520 BRIARWOOD DRIVE                          0.010%
                   VINTON VA 24179


   69              ROBERT J. & PATRICIA NATHANSON HUGHES        5,000
                   CO-TRUSTEES HUGHES REVOCABLE TRUST           0.010%
                   DTD 8/21/1996
                   226 OCEAN VIEW AVE
                   DEL MAR CA 92014



                Report Run On 8/19/2013 At 2:27pm By IOULIA HESS
```

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER              Page    7
                        Effective: 08/19/2013
==================================================================================
    ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN     98416Q104

    ACCOUNT/TIN         NAME & ADDRESS                      SHARES HELD
==================================================================================
4                       J. BRIAN HURD                          16,300
                        18 ENSENADA MARBELLA                    0.034%
                        PENSACOLA BEACH FL 32561

115                     BRIAN HURD                             16,000
                        660 WASHINGTON ST#15-H                  0.033%
                        BOSTON MA 02111

102                     J. BRIAN HURD                         118,000
                        18 ENSENADA MARBELLA                    0.243%
                        PENSACOLA FL 32561

89                      DAVID ISSERMAN                         40,000
                        7452 CROMWELL DR                        0.083%
                        CLAYTON MO 63105

171                     JACK AND SARA ZEDLITZ                  25,000
                        LIVING TRUST DATED 2/05/2007            0.052%
                        2625 PEMBROKE TERRACE
                        OKLAHOMA CITY OK 73116

116                     JAMES & SUZANNE MANGANELLO             10,000
                        8460 LITTLE ROCK WAY #101               0.021%
                        LITTLETON CO 80126

123                     RAYMOND JAMES & ASSOC INC. CSDN        40,000
                        FBO PAULA QUAYLE JOHNSON IRA            0.083%
                        U/A/D 06/23/05 A/C 60984969
                        880 CARILLON PARKWAY
                        PO BOX 12749
                        ST. PETERSBURG FL 33733

124                     RAYMOND JAMES & ASSOC INC. CSDN        50,000
                        FBO JAMES JOHNSON IRA U/A/D 11/27/09    0.103%
                        A/C 74394434
                        880 CARILLON PARKWAY
                        PO BOX 12749
                        ST. PETERSBURG FL 33733

175                     JOHN H. TRESCOT JR.                    12,500
                        A WAYS AWAY                             0.026%
                        EAST PALATKA FL 32131-4338

52                      LISA KAISER                            50,000
                        2687 SURREY DR                          0.103%
                        PALM HARBOR FL 34684
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER              Page    8
                        Effective: 08/19/2013
====================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN    98416Q104

   ACCOUNT/TIN          NAME & ADDRESS                    SHARES HELD
====================================================================
66               RAY KAISER                                25,000
                 2687 SURREY DR                             0.052%
                 PALM HARBOR FL 34684

153              RAY KAUFFMAN                               10,000
                 1931 KING JAMES PKWY                       0.021%
                 UNIT #404
                 WESTLAKE OH 44145

14               DAVE LAJOIE                                25,000
                 2120 JADELEAF CT                           0.052%
                 LAS VEGAS NV 89134

11               DAN LEAVITT                             1,000,000
                 9 EASTINGS WAY                             2.063%
                 S. BARRINGTON IL 60010

73               SANFORD LEAVITT                        20,261,300
                 BOX 696                                   41.807%
                 ELK GROVE IL 60009

75               SUE LEAVITT-PARKINSON                      50,000
                 11 RIVERSIDE DR UNIT 13NE                  0.103%
                 NEW YORK NY 10023

86               REED LINCOLN                               10,000
                 164 HOVEY RD                               0.021%
                 MONSON MA 01057

46               JOY LOMBARDI                                3,300
                 8194 TRAPHAGEN ST. NW                      0.007%
                 MASSILLON OH 44646

45               JOSEPH M. LUCAS II                         43,000
                 11211 S MILITARY TRAIL # 5021              0.089%
                 BOYNTON BEACH FL 33436

182              LEGRAND L. MALANY                          10,000
                 600 S. ROSEHILL                            0.021%
                 SPRINGFIELD IL 62704

183              MARGARET MALANY                            10,000
                 2222 BENSLEY ST                            0.021%
                 HENDERSON NV 89044
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                         LIST OF SHAREHOLDERS
                         ISLAND STOCK TRANSFER              Page    9
                         Effective: 08/19/2013
```

==============================================================================
    ISSUE: XTREME GREEN PRODUCTS INC.           XTREGREEN    98416Q104

    ACCOUNT/TIN          NAME & ADDRESS                      SHARES HELD
==============================================================================

| ACCOUNT/TIN | NAME & ADDRESS | SHARES HELD |
|---|---|---|
| 172 | MARC D SCHORR C/F<br>MIA FAWN SCHORR UTMA NV<br>PO BOX 15107<br>LAS VEGAS NV 89114 | 50,000<br>0.103% |
| 173 | MARC D SCHORR C/F<br>DAX M SCHORR UTMA NV<br>PO BOX 15107<br>LAS VEGAS NV 89114 | 50,000<br>0.103% |
| 139 | MARIANNE B WEHRENBERG FAMILY TRUST<br>53 FROST AVE EAST<br>BRUNSWICK NJ 08816 | 184,495<br>0.381% |
| 59 | MELISSA MAROULIS<br>245 JOHNSON ST<br>PALATINE IL 60067 | 25,000<br>0.052% |
| 60 | MICHELLE MAROULIS<br>245 JOHNSON ST<br>PALATINE IL 60067 | 100,000<br>0.206% |
| 18 | DIANE MARSHALL<br>241 WASHINGTON ST.<br>GLENVIEW IL 60025 | 10,000<br>0.021% |
| 100 | JULIE MARSHON<br>4140 17TH ST<br>BOULDER CITY CO 80304 | 5,425<br>0.011% |
| 154 | MILLENNIUM TRUST CO, LLC CUSTODIAN<br>FBO THOMAS MCCLUHAN IRA<br># 2A5221557<br>820 JORIE BLVD, SUITE 420<br>OAK BROOK IL 60523 | 30,000<br>0.062% |
| 63 | PATRICK MCCOY<br>15 ARBORETUM DR<br>N. BARRINGTON IL 60010 | 150,000<br>0.310% |
| 51 | LINDSEY MEEKS<br>200 PENSACOLA BEACH RD<br>GULF BREEZE FL 32561 | 1,200<br>0.002% |

```
        Report Run On 8/19/2013 At 2:27pm By IOULIA HESS
```

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER              Page   10
                         Effective: 08/19/2013
================================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN     98416Q104

   ACCOUNT/TIN          NAME & ADDRESS                        SHARES HELD
================================================================================
   147               REA M. MELANSON                             10,000
                     6241 PRIDE LANE                             0.021%
                     LAS VEGAS NV 89103


   91                ROY H. MESSMORE                              4,000
                     8180 S. VALDAI COURT                        0.008%
                     AURORA CO 80016


   104               CHARLENE MEYER                               5,000
                     1113 VIA DELUNA DR                          0.010%
                     PENSACOLA FL 32561


   142               MILLENNIUM TRUST CO, LLC                    59,900
                     CUSTODIAN MAY L. STINSON IRA                0.124%
                     820 JORIE BLVD., SUITE 420
                     OAK BROOK IL 60523


   143               MILLENNIUM TRUST CO, LLC                    79,850
                     CUSTODIAN PHILLIP B. EDELEN- ROTH IRA       0.165%
                     820 JORIE BLVD., SUITE 420
                     OAK BROOK IL 60523


   12                DANA A, MILLER                               3,400
                     8194 TRAPHAGEN ST. NW                       0.007%
                     MASSILLON OH 44646


   79                WILMA MPELLO                                25,000
                     1056 W. CARROLTON AVE APT D                 0.052%
                     NEW ORLEANS LA 70119


   23                ERIC NOVESHEN                               50,000
                     401 E LAS OLAS BLVD 14TH FL                 0.103%
                     FORT LAUDERDALE FL 33301


   101               MICHAEL O'DONOVAN                           20,000
                     1249 TALL PINE CIRCLE                       0.041%
                     PENSACOLA FL 32561


   16                DAVID PARKINSON                             25,000
                     11 RIVERSIDE DR UNIT 13NE                   0.052%
                     NEW YORK NY 10023


   5                 CATHERINE PARRILL                           25,000
                     9030 W SAHARA #119                          0.052%
                     LAS VEGAS NV 89117
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                    LIST OF SHAREHOLDERS
                    ISLAND STOCK TRANSFER              Page    11
                    Effective: 08/19/2013
===============================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN    98416Q104

   ACCOUNT/TIN        NAME & ADDRESS                       SHARES HELD
===============================================================================
184            PAULSON INVESTMENT COMPANY                    500,000
               811 SW NAITO PARKWAY                            1.032%
               SUITE 200
               PORTLAND OR 97201

151            PCP OPERATING, LLC                            200,000
               10777 W. TWAIN AVE. SUITE 115                  0.413%
               LAS VEGAS NV 89135

159            PENSON FINANCIAL SERVICES, INC.                   100
               1700 PACIFIC AVE STE 1400                      0.000%
               DALLAS TX 75201-4607

110            MARK PEYTON                                     5,000
               1000 19TH STREET                               0.010%
               GOLDEN CO 80401

38             JEFF PICKUS                                     5,000
               3300 SKOKIE VALLEY RD #300                      0.010%
               HIGHLAND PARK IL 60035

41             JOEL PICKUS                                     5,000
               3300 SKOKIE VALLEY RD #300                      0.010%
               HIGHLAND PARK IL 60035

135            IRA PLATTNER                                    5,000
               1602 ALTON ROAD #91                             0.010%
               MIAMI BEACH FL 33139

72             RON POLLACK                                    15,000
               5 DORCHESTER RD                                 0.031%
               SMITHTOWN NY 11787

96             THOMAS AND CAROL QUINN                         40,000
               4114 TANBARK DR                                 0.083%
               MARIETTA GA 30066

113            THOMAS QUINN                                   20,000
               41147 TANBARK DR                                0.041%
               MARIETTA GA 30066

98             JAMES F RENFROE SR.                            20,000
               604 SILVERTHORN RD                              0.041%
               GULF BREEZE FL 32561
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                      LIST OF SHAREHOLDERS
                     ISLAND STOCK TRANSFER          Page    12
                     Effective: 08/19/2013
========================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.        XTREGREEN    98416Q104

   ACCOUNT/TIN         NAME & ADDRESS                    SHARES HELD
========================================================================
81              ALLISON ROBINS                            700,000
                362 GULF BREEZE PKWY #130                   1.444%
                GULF BREEZE FL 32561


3               BETSY ROBINS                               25,000
                8749 SAND PINE DR                           0.052%
                NAVARRE FL 32566


6               CATHY ROBINS                                5,000
                73 HILLTURN LANE                            0.010%
                ROSLYN HTS NY 11577


24              ERICA ROBINS                              700,000
                362 GULF BREEZE PKWY #130                   1.444%
                GULF BREEZE FL 32561


33              HENRY IAN ROBINS                           15,000
                7609 FLEMINGTON WAY                         0.031%
                MADISON WI 53717


58              MATILDA ROBINS                             25,000
                5713A SPINDLE PALM CT                       0.052%
                DELRAY BEACH FL 33484


2               ARESTIA ROSENBERG                           5,000
                2120 JADELEAF CT                            0.010%
                LAS VEGAS NV 89134


61              NATHAN ROSENBERG JR.                        9,000
                9225 W. CHARLESTON #1028                    0.019%
                LAS VEGAS NV 89117


76              THAYER ROSENBERG                            5,000
                2120 JADELEAF CT                            0.010%
                LAS VEGAS NV 89134


8               CLAIRE ROTH                               250,000
                2120 JADELEAF CT                            0.516%
                LAS VEGAS NV 89134


26              EVAN ROTH                                  50,000
                2120 JADELEAF CT                            0.103%
                LAS VEGAS NV 89134
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                      LIST OF SHAREHOLDERS
                      ISLAND STOCK TRANSFER                Page    13
                      Effective: 08/19/2013
========================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.           XTREGREEN    98416Q104

   ACCOUNT/TIN          NAME & ADDRESS                      SHARES HELD
========================================================================
   62                NEIL S. ROTH                             6,625,600
                     2120 JADELEAF CT                            13.671%
                     LAS VEGAS NV 89134

   74                SHIRLEE ROTH                                  5,000
                     7240 HUNTINGTON LANE #802                     0.010%
                     DELRAY BEACH FL 33446

   82                JACK SALAMONE                                15,000
                     1605 S. ROUTT WAY                             0.031%
                     LAKEWOOD CO 80232

   80                JAY SCHERER                                  50,000
                     315 N BRANCH RD                               0.103%
                     GLENVIEW IL 60025

   36                JAY SCHERER                                  80,000
                     315 NORTH BRANCH RD                           0.165%
                     GLENVIEW IL 60025

   57                MARY PAT SCHERER                             30,000
                     315 NORTH BRANCH RD                           0.062%
                     GLENVIEW IL 60025

   166               CORTNEY SCHORR                             100,000
                     2777 S. PARADISE RD.                          0.206%
                     UNIT 802
                     LAS VEGAS NV 89109

   44                JONATHAN SCHWARTZ & GAIL SCHWARTZ            5,000
                     CO-TRUSTEES SCHWARTZ REVOCABLE TRUST         0.010%
                     DTD 7/23/1996
                     9710 SCRANTON ROAD, SUITE 200
                     SAN DIEGO CA 92121

   144               MILLENNIUM TRUST CO, LLC , CUSTODIAN        19,900
                     FBO MICHAEL SCI IRA                          0.041%
                     820 JORIE BLVD, SUITE 240
                     OAK BROOK FL 60523

   105               MARK AND LAURIE SEIGH                       10,000
                     1 PORTOFINO DR                               0.021%
                     SUITE T2
                     PENSACOLA BEACH FL 32561
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER              Page    14
                        Effective: 08/19/2013
================================================================================
    ISSUE: XTREME GREEN PRODUCTS INC.          XTREGREEN     98416Q104

    ACCOUNT/TIN          NAME & ADDRESS                      SHARES HELD
================================================================================
    84                  GLENN SIGEL                              10,000
                        3460 LAWTON LANE                         0.021%
                        PEPPER PIKE OH 44124


    37                  JEANETTE SKALLA                           2,500
                        1801 GEORGE COURT                        0.005%
                        GLENVIEW IL 60025


    90                  GREG SOUTHWICK                           15,000
                        PO BOX 571296                            0.031%
                        SALT LAKE CITY UT 84157


    148                 KENNETH C. SPRENKLE                      11,000
                        11856 TEVARE LANE                        0.023%
                        # 2081
                        LAS VEGAS NV 89138


    120                 DENIS E. SPRINGER                        50,000
                        1029 RIDGEVIEW DR                        0.103%
                        INVERNESS IL 60010


    150                 STONE, LLC                            3,125,000
                        801 S. RANCHO DRIVE, SUITE E4            6.448%
                        LAS VEGAS NV 89106


    128                 DAVID TAMOWSKI                           10,000
                        1347 HUDSON AVE                          0.021%
                        SALT LAKE CITY UT 84106


    186                 JAMES T TARBELL                          20,000
                        1565 CINNAMON DRIVE                      0.041%
                        LARKSPUR CO 80118


    129                 THE GEORGIOU FAMILY TRUST             2,500,000
                        DATED 06/22/09                           5.159%
                        2857 PARADISE RD. UNIT 3502
                        LAS VEGAS NV 89109


    163                 JIMMY D. THOMPSON SR                     20,000
                        422 MARTIN STREET                        0.041%
                        JEFFERSON NC 28640


    160                 ALICE W. THOMPSON                        20,000
                        422 MARTIN STREET                        0.041%
                        JEFFERSON NC 28640




                Report Run On 8/19/2013 At 2:27pm By IOULIA HESS
```

```
                          LIST OF SHAREHOLDERS
                          ISLAND STOCK TRANSFER                Page    15
                          Effective: 08/19/2013
==============================================================================
    ISSUE: XTREME GREEN PRODUCTS INC.            XTREGREEN    98416Q104

    ACCOUNT/TIN         NAME & ADDRESS                        SHARES HELD
==============================================================================
    87                  RICHARD THOMPSON                          50,000
                        800 SUPERIOR DR                           0.103%
                        NORTHFIELD MN 55057

    149                 CHRISTOPHER J. TOENES AND AMY R TOENES      5,000
                        120 WOODMONT DR.                          0.010%
                        HOMEWOOD AL 35209

    108                 JUSTIN TOENES                              5,000
                        8137 MOBILE HWY                           0.010%
                        PENSACOLA FL 32526

    145                 ANDREW P. WEHRENBERG                      20,000
                        8021 STALLION WAY                         0.041%
                        SACRAMENTO CA 95830

    21                  EDWARD WEXLER                             19,000
                        2685 FOREST WAY                           0.039%
                        MARIETTA GA 30066

    71                  ROBERT WILLIAMS                            5,000
                        8749 SAND PINE DR                         0.010%
                        NAVARRE FL 32566

    7                   CHERYL WILSON                             20,000
                        401 E LAS OLAS BLVD 14TH FL               0.041%
                        FORT LAUDERDALE FL 33301

    137                 JIM WINEBERG                               8,929
                        3550 HUGHES DRIVE                         0.018%
                        MEAD CO 80542

    95                  WAYNE AND JOY WITTKE                      40,000
                        4139 BRASHER DR                           0.083%
                        MARIETTA GA 30066

    162                 CECILE W. WORRELL                         10,000
                        410 MARTIN STREET                         0.021%
                        JEFFERSON NC 28640

    161                 JOSEPH N. WORRELL                          3,000
                        223 BRODGEWATER DRIVE                     0.006%
                        ADVANCE NC 27006
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS

```
                        LIST OF SHAREHOLDERS
                        ISLAND STOCK TRANSFER                  Page    16
                        Effective: 08/19/2013
=================================================================================
   ISSUE: XTREME GREEN PRODUCTS INC.            XTREGREEN     98416Q104

ACCOUNT/TIN           NAME & ADDRESS                          SHARES HELD
=================================================================================
97            STEPHAN F X ZIEMAN                                   10,000
              315 N SUNSET BLVD                                    0.021%
              GULF BREEZE FL 32561

                                                    ------------------
                      150 Holders Qualified      TOTAL -->      48,463,370
```

Report Run On 8/19/2013 At 2:27pm By IOULIA HESS